IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEYON HAYWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-01027-JPG-DGW |
| | ) |
| S A GODINEZ, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Plaintiff Seyon Haywood's Motion to Compel Rulings and Waiver of Service and Request for Default Judgment (Doc. 42).  Defendants did not file a response.

Plaintiff's Motion contains two parts.  The first is to compel rulings as plaintiff states that he has not received any documents from the Court pertaining to his Complaint, amended complaint, motion of compliance, waiver of service for Director S.A. Godinez, waiver of service from Susan Griswold-Bailey, and petition for class-action certification (amended petition).

As a one-time courtesy, the Clerk of Court is **DIRECTED** to send the Plaintiff a copy of the case docket sheet.  Upon review of the docket sheet, the Plaintiff may purchase copies of court filings from the Clerk's office for $0.50 per page.

The second portion of the Plaintiff's Motion requests a default judgment with regard to Defendant S. A. Godinez.  A waiver of service was returned executed by S. A. Godinez and his answer is due March 2, 2015.  As such, S. A. Godinez is not in default.  The Court would also note that in order to obtain a default judgment, a default order must first be entered.

Based on the foregoing, the Plaintiff Seyon Haywood's Motion to Compel Rulings is **GRANTED** and Waiver of Service and Request for Default Judgment (Doc. 42) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:**  2/5/2015            s/J. Phil Gilbert
                               **J. PHIL GILBERT**
                               **DISTRICT JUDGE**