IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEYON HAYWOOD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 14-cv-01027-JPG-DGW |
| S A GODINEZ, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Plaintiff Seyon Haywood's Motion for Default Judgment (Doc. 49) against Susan Griswold-Bailey. Defendant Susan Griswold-Bailey was added in the Amended Complaint (Doc. 2) and the Amended Complaint is still pending review under 28 U.S.C. § 1915A. If the claims against Defendant Susan Griswold-Bailey survive review, the Court will direct service. Until such time, this motion is premature.

The Court also notes that this request is premature in light of the fact that the Clerk of Court has not entered default pursuant to Federal Rule of Civil Procedure 55(a) against the defendants for whom default judgment is sought. Only after default has been entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b) appropriate. For this reason, the Court **DENIES without prejudice** the plaintiff's Motion for Default Judgment (Doc. 49).

IT IS SO ORDERED.

DATED:  2/5/2015              s/J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**