## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEYON HAYWOOD,                        )
                                      )
    Plaintiff,               )
                                      )
vs.                                   )    Case No. 14-cv-01027-JPG-DGW
                                      )
S A GODINEZ, et al.,                  )
                                      )
    Defendants.              )
                                      )
_____ )    **Consolidated with**:
                                      )
LAMONT NORWOOD,                       )
                                      )
    Plaintiff,               )
                                      )
vs.                                   )    Case No. 15-cv-00035-JPG-PMF
                                      )
S A GODINEZ, et al.,                  )
                                      )
    Defendants.              )

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes.  Pursuant to Federal Rule of Civil Procedure 42(a) the Court has discretion to consolidate actions that involve a common question of law or fact.  *Star Ins. Co. v. Risk Marketing Group Inc.*, 561 F.3d 656, 660 (7th Cir. 2099).  *Haywood v. Godinez,* (Case Number 14-cv-1027-JPG-DGW) and *Lamont Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF) both involve common questions of law and fact, namely, the reduction to two meals a day at the Pinckneyville Correctional Center.

Accordingly, for the purposes of discovery and trial, the Court hereby **CONSOLIDATES** *Haywood v. Godinez,* (Case Number 14-cv-1027-JPG-DGW) with *Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF).   All future filing shall bear the consolidated caption used in this order and shall be filed only in *Haywood v. Godinez,* (Case Number 14-cv-

1027-JPG-DGW).   The Court will strike any filings in Case Number 15-cv-00035-JPG-PMF subsequent to this order.  Further, due to the consolidation, *Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF) is reassigned from Magistrate Judge Frazier to Magistrate Judge Wilkerson.

Counsel has been appointed for plaintiff in *Haywood v. Godinez,* and he shall be notified of the consolidation.  At this time, Plaintiff Norwood's Motions for Recruitment of Counsel (Doc. 3), Motion for Class Action Certification (Doc. 6), and Motion for Recruitment of Counsel (Doc. 19) filed in *Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF) are **DENIED** without prejudice.  Plaintiff can refile, if necessary, after a ruling on the Motion for Class Action currently pending in the *Haywood* matter.

Based on the above, Plaintiff Norwood's Motions for Recruitment of Counsel (Doc. 3), Motion for Class Action Certification (Doc. 6), and Motion for Recruitment of Counsel (Doc. 19) filed in *Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF) are **DENIED** without prejudice.   The Clerk of Court is **DIRECTED** to **CONSOLIDATE** these cases and to **REASSIGN** *Norwood v. Godinez,* (Case Number 15-cv-00035-JPG-PMF) to Magistrate Judge Wilkerson.   The Clerk of Court is also **DIRECTED** to file a copy of this Order in both cases and send a copy of this Order to the Plaintiffs and counsel for Plaintiff Haywood.

**IT IS SO ORDERED.**

**DATED:**  3/16/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**