IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SEYON HAYWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cv-01027-JPG-DGW |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | **Consolidated with**: |
| | ) | |
| LAMONT NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00035-JPG-PMF |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Magistrate Judge Wilkerson's Report and Recommendation (Doc. 68) pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and SDIL-LR 72.1 for case management purposes. The Plaintiff has not filed a response or objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear

error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 68).  All pending Motions for Joinder filed by third parties (Docs. 57, 61, 62, 63, 64, 65, and 71), Plaintiff's Motion for Clarification (Doc. 52), Motion to Obtain Copies by Verle A. Bowles (Doc. 70), and the Motion for Summary Judgment filed by Defendants Benton, Bryant, Godinez, and Spiller (Doc. 58) are **DENIED without prejudice** pending resolution of the issue of class certification.

**IT IS SO ORDERED.**

**DATED:** 4/8/2015

> *s/J. Phil Gilbert*
> **J. PHIL GILBERT**
> **DISTRICT JUDGE**