IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SEYON HAYWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cv-01027-JPG-DGW |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | **Consolidated with**: |
| | ) | |
| LAMONT NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00035-JPG-PMF |
| | ) | |
| S A GODINEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

    This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 78) of Magistrate Judge Donald G. Wilkerson with regard to Plaintiff's Petition for Preliminary Injunctive Relief (Doc. 46). The Plaintiff has stated that he has no objections to the R & R (Doc. 89) and the Defendants have not filed any objections.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation in its entirety (Doc. 78) and **DENIES** Plaintiff's Petition for Preliminary Injunctive Relief (Doc. 46).

**IT IS SO ORDERED.**

**DATED:** 6/1/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**