IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEYON HAYWOOD,

  Plaintiff,

vs.

S.A. GODINEZ, et al.,

  Defendants.

Case No. 14-cv-1027-SMY-DGW

**ORDER**

  This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 117) of Magistrate Judge Donald Wilkerson recommending this Court deny Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 96). No objections were filed.

  The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

  The Court has received no objection to the Report. The Court has reviewed Defendants' Motion and case history and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report of Magistrate Judge Wilkerson (Doc. 117) and **DENIES** Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 96).

**IT IS SO ORDERED.**

**DATED:** July 11, 2016                s/ *Staci M. Yandle*
                              **STACI M. YANDLE**
                              **DISTRICT JUDGE**